United States Courts
Southern District of Texas
FILED

JUL 22 2021

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Alfy Levine Mayes §
 §
versus §
 § CIVIL ACTION NO. _____
Galveston County §
Sheriff's Office et al §
 §

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Alfy L. Mayes

   Address: 2402 16th St N

   Texas City, Texas 77590

   County of Residence: Galveston

3. The defendant is: Galveston County

   Address: Sherriff's Office

   5700 Ave H Galveston TX 77550

[X] Check here if there are additional defendants. List them on a separate sheet of paper with their complete address.

4. The plaintiff has attached to this complaint a copy of the charges filed on March 17, 2021 with the Equal Opportunity Commission.

5. On the date of April 22, 2021, the plaintiff received a Notice of Right to Sue

letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

   (a) ☑ race

   (b) ☐ color

   (c) ☐ sex

   (d) ☐ religion

   (e) ☐ national orgin,

   the defendant has:

   (a) ☐ failed to employ the plaintiff

   (b) ☐ terminated the plaintiff's employment

   (c) ☐ failed to promote the plaintiff

   (d) ☑ other: Failed to maintain a healthy work enviroment in which all employees are treated fairly and equally and so on per the Policy Manual

7. When and how the defendant has discriminated against the plaintiff:

   See Complaint... EEOC

8. The plaintiff requests that the defendant be ordered:

   (a) ☑ to stop discriminating against the plaintiff

   (b) ☐ to employ the plaintiff

   (c) ☐ to re-employ the plaintiff

   (d) ☐ to promote the plaintiff

(e) ☐ to _____

_____

_____ and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_Alf Levine Mayeux_
(Signature of Plaintiff)

Address: 2402 16th St N
Texas City, TX 77590

Telephone: 409-943-4752

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>460-2021-00522 |
|---|---|---|

**TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION** and EEOC
*State or local Agency, if any*

Name (indicate Mr., Ms., Mrs.)
**ALFY MAYES**

Home Phone: (409) 943-4732

Year of Birth:

United States Courts
Southern District of Texas
FILED
JUL 22 2021
Nathan Ochsner, Clerk of Court

Street Address: **2402 16TH ST N, TEXAS CITY, TX 77590**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

Name: **GALVESTON COUNTY SHERIFF'S OFFICE**
No. Employees, Members: **501+**
Phone No.:

Street Address: **5700 AVE H, GALVESTON, TX 77551**

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **01-01-2013**   Latest: **03-16-2021**
☒ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

Since 2009 I have been employed with the Galveston County Sheriff's Office and my current position is a Master Jailor. Since 2013 I have endured consistent harassment, disparities, and discriminated against by the administration.

I have complained continuously to no avail. After exhausting my Chain of Command of the Galveston County Sheriff's Office and the Grievance procedures of the Galveston County Human Resources Department, I met with Sheriff Henry Trochesset on June 24, 2020, concerning the many years of harassment, hostilities, discrimination, meritless write ups ECR (Employee Conference Record) and even the situation of he, himself having me removed from the Honor Guard Team and Bailiff for The Veterans Court. I went in with several ECR's and used one as an example to show how frivolous they were. He without hesitation had that one removed, but we did not review the others. Sheriff Trochesset referred me back to Chief Hudson for further review of my complete personnel file. Chief Hudson subsequently only removed ECR's given under the previous administration, but none regarding this current

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

**Digitally signed by Alfy Mayes on 03-17-2021 03:32 PM EDT**

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(*month, day, year*)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>460-2021-00522 |
|---|---|---|
| TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION | | and EEOC |
| *State or local Agency, if any* | | |

administration. He said that he would get back with me about an ECR that I received when I stated, 'I was never properly trained when I was reassigned to the jail.' Chief Hudson never got back with me which was the second time that he said to me that he would get back with me and not follow through.

Since my meeting with Sheriff Trochesset, the harassment and disparities have continued. On July 18, 2020 I was issued an ECR, in retaliation for complaining about being placed in Covid -19 quarantine pod, despite my supervisor's knowledge of my disable child's condition. August 2, 2020 I was Covid -19 positive and my family contracted it.

January 20, 2021, the doctor's appointment for my daughter had taken longer than expected and I was about ten minutes from arriving to work when Sgt. Warfield called my cell phone asking where was I? Before I could explain the situation and that I was almost there he was very rude and stated to me that because I had not arrived to work at the time I said I would be there, he had to hunt me down. This added to the frustration that he was already feeling because of the shortage of deputies that day. I addressed Sgt. Warfield the following day concerning his disrespectful, derogatory and unprofessional statement to me and that I was angry to the degree of unstableness and that I was ready to fight. It was recommended that I take this day off, of which I did. Later on that day Jake Linkey, the mental health deputy, showed up at my house, we spoke and nothing was stated that I needed to be cleared before I could return to work. I went to work the morning of January 25, 2021, but was sent home having been told that I had to be cleared before returning to work. I was charged with two sick days that I did not asked for and it has not been corrected. Also, in or about November 2020 I started going to counseling because of work related stress.

I felt that many of my supervisorss had become rather comfortable with talking to and about me in other derogatory manners. Such as telling me to use common sense in certain jail situations, making statements that were untrue concerning incidents that involved me, threats of causing problems for myself if I continued certain actions, calling me out in a room that consisted of only supervisorss ' we were just talking about you' and that I was a racist. So at this point and time I had just reached my breaking point with being harassed and nothing being done about it and the supervisors taunting me with going to the Sheriff!

January 30, 2021 my first day back to work from the psychological evaluation, without being informed that they were quarantined; I was again placed in a pod with Covid-19 quarantine inmates. In November 2020, my promotional pay was delayed, and I have not been afforded that back pay. Also in November a complaint from the community was made against me although the incident had already been discussed and cleared by my supervisor. I believe my employer continues to discriminate against me by denying my time, promotion, and frivolous write ups because I dispute their difference in treatment; I have endured due to my race, disability and continued protected activity.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Alfy Mayes on 03-17-2021 03:32 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>460-2021-00522 |
|---|---|---|

**TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION** and EEOC
*State or local Agency, if any*

**I believe I am being discriminated again because of my race (African American/Black), disability and subjected to retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended and The Americans with Disabilities Act of 1990, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Alfy Mayes on 03-17-2021 03:32 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 161 (11/2020)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Alfy Mayes<br>2402 16th St N<br>Texas City, TX 77590 | From: | Houston District Office<br>Mickey Leland Building<br>1919 Smith Street, 7th Floor<br>Houston, TX 77002 |
|---|---|---|---|

[ ]  On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 460-2021-00522 | Araceli Castillo, Investigator | (346) 327-7721 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other (briefly state)

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

_Araceli A. Castillo_  04/22/2021

Enclosures(s)     For     Rayford O. Irvin,     *(Date Issued)*
District Director

cc:  Amel Wetzel
Human Resouces Director
GALVESTON COUNTY
722 21ST ST FL 2
Galveston, TX 77550

Lowell-Keig, Executive Director
TWC-Civil Rights Division
101 East 15th Street, Room 144-T
Austin, TX  78778-0001