Case 3:21-cv-00191   Document 33   Filed on 11/22/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ALFY LEVINE MAYES, | § § § | |
| Plaintiff, | § | |
| VS. | § § | NO. 3:21-cv-191 |
| GALVESTON COUNTY SHERIFF'S OFFICE, *et al.*, | § § § § | |
| Defendants. | § | |

# **FINAL JUDGMENT**

Pursuant to the court's memorandum opinion, Dkt. 32, entered in this case granting the defendant's motion for summary judgment, Dkt. 26, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 22nd day of November, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

1